IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BENJAMIN BEDOGWAR ORYANG,<br>AIS #168079, | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACT. NO. 2:21-cv-23-ECM |
| | ) |
| MS. WAUGH, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

Before the Court is the Plaintiff's *pro se* notice of appeal, in which he requests either that the Court continue his *in forma pauperis* status or that the Clerk mail him forms for resubmission. (Doc. 181).  Because the Plaintiff did not file an application for leave to proceed *in forma pauperis* with the appropriate prison account statement, the Court presently lacks the information necessary to determine whether he should be permitted to proceed on appeal *in forma pauperis*.  Accordingly, and for good cause, it is

ORDERED that **on or before May 10, 2024**, the Plaintiff shall file an application for leave to proceed *in forma pauperis* with a prison account statement from the inmate account clerk showing the average monthly balance in and average monthly deposits to his prison account for the six-month period immediately preceding the filing of the notice of appeal.

To aid the Plaintiff in complying with this Order, the Clerk of the Court is DIRECTED to (1) provide the Plaintiff with an application for leave to proceed *in forma*

*pauperis* and (2) provide a copy of this Order to the inmate account clerk at the facility where the Plaintiff is detained.  Although a copy of this Order will be provided to the inmate account clerk, the Plaintiff is CAUTIONED that it is his responsibility to obtain the necessary financial information from the inmate account clerk.

DONE this 26th day of April, 2024.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE