# APPEAL NO.: 24-11287-B

# IN THE UNITED STATES COURT OF APPEALS

# FOR THE ELEVENTH CIRCUIT

## BENJAMIN BEDOGWAR ORYANG,

Plaintiff/Appellant,

v.

## WAUGH, et al.,

Defendants/Appellees.

___

On Appeal from the United States District Court
for the Middle District of Alabama

Civil Action: 2:21-cv-00023-ECM-CWB

___

## APPELLEE TEHUM CARE SERVICES, INC. F/D/B/A CORIZON HEALTH SERVICES, INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

___

A.   **Certificate of Interested Persons**

The undersigned counsel for the Appellee, Tehum Care Services, Inc. f/d/b/a Corizon Health Services, Inc., pursuant to 11th Cir. R. 26.1-1, hereby certifies the following to be persons, firms, partnerships, or corporations of which it, or its counsel, are aware have an interest in the outcome of this appeal:

1. Bledsoe, Jason Matthew – Attorney for Appellee with State of Alabama Office of the Attorney General;

2. Bryan, Chad W. Honorable-Magistrate Judge Assigned-U.S. District Court Judge for the Middle District of Alabama;

3. Hamm, John. Q.–Appellee-Commissioner, State of Alabama Department of Corrections;

4. Marks, Emily C. Honorable-Chief Judge Assigned–U.S. District Judge for the Middle District of Alabama;

5. Oryang, Benjamin Bedogwar – Appellant;

6. Piggott, Philip – Counsel for Appellee, Tehum Care Services, Inc.;

7. Rushton, Stakely, Johnston & Garrett, P.A.-Law firm of Philip G. Piggott, attorney for Appellee, Tehum Care Services, Inc., and

8. Tehum Care Services, Inc. – Appellee.

B.  **Corporate Disclosure Statement**

Tehum Care Services, Inc. is a wholly owned subsidiary of Valitas Intermediate Holdings, Inc. Valitas Intermediate Holdings, Inc. is wholly owned by M2EquityCo, LLC. M2EquityCo, LLC is wholly owned by M2 HoldCo, LLC. None of these entities are publicly held.

Respectfully submitted,

/s/ Philip G. Piggott
PHILIP G. PIGGOTT (ASB-4379-P67P)
E-mail: ppiggott@rushtonstakely.com
RUSHTON, STAKELY, JOHNSTON
  & GARRETT, P.A.
1901 6th Avenue North
Suite 1000
Birmingham, AL 35203
Telephone: 205-443-2769
Facsimile: 334-262-6277
*Attorney for Appellee, Tehum Care Services, Inc. f/d/b/a Corizon Health Services, Inc.*

## CERTIFICATE OF COMPLIANCE
## <u>WITH TYPE-VOLUME LIMITATION</u>

The undersigned attorney certifies that the response to court order, filed on behalf of Appellee, Tehum Care Services, Inc. f/d/b/a Corizon Health Services, Inc., complies with Rules 26.1-1 through 26.1-5 and 32(g)(2). This response is typed in Times New Roman, 14 point and this contains 258 words.

Respectfully submitted,

/s/ Philip G. Piggott
PHILIP G. PIGGOTT (ASB-4379-P67P)
E-mail: ppiggott@rushtonstakely.com
RUSHTON, STAKELY, JOHNSTON
  & GARRETT, P.A.
1901 6th Avenue North
Suite 1000
Birmingham, AL 35203
Telephone: 205-443-2769
Facsimile: 334-262-6277
*Attorney for Appellee, Tehum Care Services, Inc.*
*f/d/b/a Corizon Health Services, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that I have on May 2, 2024, electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of same to all CM/ECF participants. I further certify that I have mailed a copy of the foregoing to the following non-CM/ECF participants:

Benjamin Bedogwar Oryang (AIS#168079)
Staton Correctional Facility
3520 Marion Spillway Road
Elmore, AL 36025

                        Respectfully submitted,

                        /s/ Philip G. Piggott
                        PHILIP G. PIGGOTT (ASB-4379-P67P)
                        E-mail: ppiggott@rushtonstakely.com
                        RUSHTON, STAKELY, JOHNSTON
                          & GARRETT, P.A.
                        1901 6th Avenue North
                        Suite 1000
                        Birmingham, AL 35203
                        Telephone: 205-443-2769
                        Facsimile: 334-262-6277
                        *Attorney for Appellee, Tehum Care Services, Inc.*
                        *f/d/b/a Corizon Health Services, Inc.*