No. 24-11287-G

# JURISDICTIONAL QUESTION

Please address whether the district court's March 26, 2024 certification of a final judgment under Federal Rule of Civil Procedure 54(b) was proper, and if not, whether the judgment is final or otherwise appealable. *See* 28 U.S.C. §§ 1291, 1292; Fed. R. Civ. P. 54(b); *Lloyd Noland Found., Inc. v. Tenet Health Care Corp.*, 483 F.3d 773, 777 (11th Cir. 2007) (describing the standard for certifying a judgment under Rule 54(b)); *Peden v. Stephens*, 50 F.4th 972, 978 (11th Cir. 2022) (cautioning that Rule 54(b) certifications are reserved for unusual cases and special circumstances that are rarely encountered); *Acheron Capital, Ltd. v. Mukamal*, 22 F.4th 979, 991-92 (11th Cir. 2022) (discussing the doctrine of practical finality).