

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

**BENJAMIN ORYANG vs. WAUGH, et al.** Appeal No. 24-11287-B. District Court Docket No. 2:21-cv-00023-ECM-CWB.

## Motion for Extension of Time to File Appellate Brief

Dear Clerk of the Court,

Comes Appellant Benjamin Oryang, pursuant to Federal Rules of Appellate Procedure 26(b), and respectfully requests a 21-day extension of time within which to file the appellate brief, currently due on June 4, 2024. As grounds, Appellant shows the following.

**Unavailability of Time in the Prison Law Library:** As an incarcerated individual, my access to the prison law library is extremely limited. The law library's operating hours and the high demand among inmates severely restrict my ability to conduct necessary legal research and prepare my brief adequately.

**Lack of Access to Needed Research Materials:** The prison law library lacks several essential legal resources that are critical for the preparation of my appellate brief. This scarcity of materials hampers my ability to thoroughly research relevant case law and legal precedents required for a comprehensive brief.

**Lack of Writing Utensils:** In addition to limited library access, I also face challenges in obtaining basic writing utensils necessary for drafting and finalizing my appellate brief. This further delays my ability to complete the required document in a timely manner.

### Request for Additional Time

The additional 21 days will enable me to overcome these obstacles and allow for adequate preparation of my appellate brief. I assure the Court that this extension is requested in good faith and not for purposes of delay. An extension will ensure that I can present a well-researched and thoroughly prepared brief, thereby facilitating a fair and just review of my appeal.

### Conclusion

For the reasons stated above, I respectfully request that the Court grant a 21-day extension of time, making the new deadline for filing my appellate brief June 25, 2024. I appreciate the Court's understanding and consideration of this request.

1

Respectfully submitted on this the 4th day of June, 2024.

_____
Benjamin Oryang
AIS# 168079 F2-34A
Staton Correctional Facility
2690 Marion Spillway Road
Elmore, Alabama 36025
(Appellant)

## **CERTIFICATE OF SERVICE**

I certify that I have served a copy of the foregoing upon General Counsel for the ADOC and Counsel for the healthcare Defendants/Appellees by placing the same in the mailbox on this the 4th day of June, 2024, with First Class postage prepaid and properly addressed to:

J. Matt Bledsoe
Office of The Attorney General
State of Alabama
501 Washington Avenue
Montgomery, Al 36130-0152

Philip G. Piggott
Rushton, Stakely, Johnston & Garrett, P.A.
1901 6th Avenue North
Suite 1000
Birmingham, Al 35203

Respectfully,

_____
BENJAMIN ORYANG

Benjamin Bedogwar Oryang AIS#
168079 F2-34A
Staton Correctional Facility
2690 Marion Spillway Road
Elmore, Alabama 36025

US COURT OF APPEALS
ELEVENTH CIRCUIT
OFFICE OF THE CLERK
56 FORSYTH STREET, N.W.
ATLANTA, GEORGIA 30303



